# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ULISER GALDAMEZ, IN HIS OWN RIGHT AND AS ADMINISTRATOR OF THE ESTATE OF OLGA GALDAMEZ, DEC, AND JAYLIN STEFFANY GALDAMEZ, DEC. | No. 547 EAL 2016 |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| U-HAUL CO. OF PENNSYLVANIA, U-HAUL INTERNATIONAL, INC. AMERICO, JOVAN MARTIN, MIGUEL RIVERA, ERJON MENI AND ERI VENDING CART, INC. VICTORIA LEE, LATAJAH MINTON AND SHALANDA WILSON, P/N/G SAMIRA CHINA (A MINOR) | |
| v. | |
| ULISER GALDAMEZ, IN HIS OWN RIGHT AND AS ADMINISTRATOR OF THE ESTATE OF OLGA GALDAMEZ, DEC. AND JAYLIN STEFFANY GALDAMEZ KIMBERLY JUAREZ, A MINOR, BY ELIDA JUAREZ, NATURAL GUARDIAN U-HAUL OF JUNIATA PARK/FELTONVILLE | |
| v. | |
| GUILLERMO OTTONIEL PAREDES-TEO A/K/A OTTO PAREDES A/K/A OTTO JAVIER A/K/A OTTONEIL REYES, INDIVIDUALLY AND D/B/A/ LA PARILLADA CHAPINA | |

PETITION OF: MIGUEL RIVERA AND      :
JOVAN MARTIN                         :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.